DANIEL J. BRODERICK, Bar #89424
Federal Defender
FRANCINE ZEPEDA, Bar #091175
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
STEPHANIE YOST

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>STEPHANIE YOST,<br><br>  *Defendant.* | No. 1:10-cr-0090 AWI<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; AND ORDER THEREON<br><br>DATE:   April 12, 1010<br>TIME:   9:00<br>JUDGE:  Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective counsel of record herein, that the status conference hearing in the above captioned matter, now scheduled for March 22, 2010, **may be continued to April 12, 2010, at 9:00 A.M.**

This continuance is requested by counsel for defendant.  Co-defendants in this matter are currently scheduled to be arraigned in late March and counsel believes it will be more efficient to have all defendants together at the status conference.  The requested continuance will conserve time and resources for the parties and the court.

///

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(1)(D), 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

BENJAMIN G. WAGNER
United States Attorney

DATED: March 15, 2010         /s/ Mark J. McKeon
MARK J. McKEON
Assistant United States Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: March 15, 2010         /s/ Francine Zepeda
FRANCINE ZEPEDA
Assistant Federal Defender
Attorney for Defendant
Stephanie Yost

**O R D E R**

**IT IS SO ORDERED.**  Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(1)(D), 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   March 15, 2010**              /s/ Anthony W. Ishii
CHIEF UNITED STATES DISTRICT JUDGE