1  DANIEL J. BRODERICK, #89424
Federal Defender
2  FRANCINE ZEPEDA, Bar #91175
CHARLES J. LEE, Bar #221057
3  Assistant Federal Defenders
Designated Counsel for Service
4  2300 Tulare Street, Suite 330
Fresno, California  93721-2226
5  Telephone: (559) 487-5561

6  Attorneys for Defendant
STEPHANIE YOST

7

8               IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )   NO. 1:10-cr-0090 AWI
                                       )
12              Plaintiff,             )   WAIVER OF DEFENDANT'S PERSONAL
                                       )   PRESENCE AT PRETRIAL PROCEEDINGS;
13       v.                            )   ORDER THEREON
                                       )
14  STEPHANIE YOST,                    )
                                       )
15              Defendant.             )
                                       )
16  _____   )

17

18       Pursuant to F. R. Crim. P. 43(b)(2) and (3), Defendant, Stephanie Yost, having been advised of her

19  right to be present at all stages of the proceedings, hereby requests that this Court proceed in her absence

20  on every occasion that the Court may permit, pursuant to this waiver.  Defendant agrees that her interests

21  shall be represented at all times by the presence of her attorneys, the Office of the Federal Defender for the

22  Eastern District of California, the same as if Defendant were personally present, and requests that this

23  court allow her attorney-in-fact to represent her interests at all times.  Defendant further agrees that notice

24  to defendant's attorney that defendant's presence is required will be deemed notice to the defendant of the

25  requirement of her appearance at said time and place.

26       Defendant makes this request because of the time, distance and expense involved, travel to Fresno

27  for court appearances would be both a financial and personal hardship.  Defendant wishes to limit the

28  number of personal court appearances and minimize the time and expense of travel to court.  Additionally,

1    Ms. Yost current suffers from lupus and requires many medical appointments.  Ms. Yost is currently under

2    the supervision of Kim Dalton of Pretrial Services.

3            This request is made pursuant to Fed.R.Crim.P. 43(b)(3).

4

5            DATED: April 22, 2010

6                                                            /s/ Stephanie Yost
                                                             STEPHANIE YOST
7

8

9            DATED: April 22, 2010

10                                                           Francine Zepeda
                                                             FRANCINE ZEPEDA
11                                                           Assistant Federal Defender
                                                             Attorney for Defendant
12

13

14

15                                        **O R D E R**

16           GOOD CAUSE APPEARING**, IT IS HEREBY ORDERED** that Defendant's appearance may be

17   waived at any and all non-substantive pretrial proceedings until further order.

18

19   IT IS SO ORDERED.

20   **Dated:    April 24, 2010**                        **/s/ Anthony W. Ishii**
                                                         CHIEF UNITED STATES DISTRICT JUDGE
21

22

23

24

25

26

27

28