| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424<br>Federal Defender |
| 2 | FRANCINE ZEPEDA, Bar #91175<br>Assistant Federal Defender |
| 3 | CHARLES J. LEE, Bar #221057<br>Assistant Federal Defender |
| 4 | Designated Counsel for Service<br>2300 Tulane Street, Suite 330 |
| 5 | Fresno, California 93721-2226<br>Telephone: (559) 487-5561 |

Attorneys for Defendant
STEPHANIE YOST

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1:10-cr-0090 AWI |
| *Plaintiff,* | ) ) ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE HEARING |
| v. | ) ) | DATE: November 1, 2010 |
| STEPHANIE YOST, | ) ) | TIME: 9:00 A.M.<br>JUDGE: Hon. Anthony W. Ishii |
| *Defendant.* | ) ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for August 9, 2010, **may be continued to November 1, 2010 at 9:00 A.M.**

This continuance is at the request of counsel for defendant to allow time for proper preparation and to permit plea negotiations between the parties with the intention of conserving time and resources for both parties and the court. Defense is in the process of obtained voluminous bank records in this case and needs additional time to review them as well as complete other ongoing investigation.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

//

//

|   |   |   |   |
|---|---|---|---|
|   |   |   | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: August 5, 2010 |   | By: | /s/ Mark J. McKeon<br>MARK J. MCKEON<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|   |   |   | DANIEL J. BRODERICK<br>Federal Defender |
| DATED: August 5, 2010 |   | By: | /s/ Charles J. Lee<br>CHARLES J. LEE<br>Assistant Federal Defender<br>Attorneys for Defendant<br>STEPHANIE YOST |

**O R D E R**

**IT IS SO ORDERED.** Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

Dated: August 5, 2010

CHIEF UNITED STATES DISTRICT JUDGE