DANIEL J. BRODERICK, Bar #89424
Federal Defender
FRANCINE ZEPEDA, Bar #91175
Assistant Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
STEPHANIE YOST

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | No. 1:10-cr-00090 AWI |
| )  | |
| *Plaintiff,*   ) | STIPULATION AND ORDER TO CONTINUE |
| ) | STATUS CONFERENCE HEARING |
| v.   ) | |
| ) | DATE:   January 10, 2011 |
| STEPHANIE YOST,   ) | TIME:   9:00 a.m. |
| ) | JUDGE: Hon. Anthony W. Ishii |
| *Defendant.*   ) | |
| ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective counsel, that the status conference in the above-captioned matter now set for November 1, 2010, **may be continued to January 10, 2011, at 9:00 a.m.**

This continuance is requested by counsel for Defendant for ongoing defense investigation and preparation.  Additionally, counsel needs time for review of the plea agreement and/or negotiation with the government.  Assistant United States Attorney, Mark J. McKeon, agrees with this request.  The requested continuance will conserve time and resources for all parties and the court.

///
///
///
///
///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

                                          BENJAMIN B. WAGNER
                                          United States Attorney

DATED: October 25, 2010          By:   /s/ Mark J. McKeon
                                          MARK J. MCKEON
                                          Assistant United States Attorney
                                          Attorney for Plaintiff

                                          DANIEL J. BRODERICK
                                          Federal Defender

DATED: October 25, 2010          By:   /s/ Francine Zepeda
                                          FRANCINE ZEPEDA
                                          Assistant Federal Defender
                                          Attorneys for Defendant
                                          STEPHANIE YOST

## **O R D E R**

**IT IS SO ORDERED.**  Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:   October 26, 2010

                                          CHIEF UNITED STATES DISTRICT JUDGE