DANIEL J. BRODERICK, Bar #89424
Federal Defender
FRANCINE ZEPEDA, Bar #91175
Assistant Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorneys for Petitioner
STEPHANIE YOST

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　*Plaintiff,*<br><br>　v.<br><br>STEPHANIE YOST,<br><br>　　　　　　*Defendant.* | No. 1:10-cr-00090 AWI<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE HEARING<br><br>DATE:　February 28, 2011<br>TIME:　9:00 a.m.<br>JUDGE:　Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective counsel, that the status conference in the above-captioned matter now set for January 10, 2011, **may be continued to February 28, 2011, at 9:00 a.m.**

This continuance is requested by counsel for defendant.  Counsel needs additional time to meet with client.  The delay in the matter is due to the death of defendant's husband in late November 2010.  Assistant United States Attorney, Mark J. McKeon, has no objections with this request.  The requested continuance will conserve time and resources for all parties and the court.

///

///

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161 (h)(7)(A) and 3161 (h)(7)(B)(iv).

BENJAMIN B. WAGNER
United States Attorney

DATED: January 6, 2011        By:    /s/ Mark J. McKeon
                                     MARK J. McKEON
                                     Assistant United Stated Attorney
                                     Attorney for Plaintiff

                                     DANIEL J. BRODERICK
                                     Federal Defender

DATED: January 6, 2011        By:    /s/ Francine Zepeda
                                     FRANCINE ZEPEDA
                                     Assistant Federal Defender
                                     Attorneys for Defendant
                                     STEPHANIE YOST

## **ORDER**

**IT IS SO ORDERED.**  Time is excluded pursuant to 18 U.S.C. §§ 3161 (h)(7)(A) and 3161 (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:    January 7, 2011

                                     CHIEF UNITED STATES DISTRICT JUDGE

Yost-Stipulation and Order                     2