# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



AUG 15 PM 3:31

FILED

AUG 1 8 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY J. HELLINGS
    DEPUTY CLERK

|  |  |
|---|---|
| United States of America<br>vs.<br>STEPHANIE ANN YOST | Case No.<br>10- 0090 AWI |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, STEPHANIE ANN YOST, have discussed with KIMBERLY M. DALTON, Supervising Pretrial Officer, modifications of my release conditions as follows:

**The following condition of release is vacated:** You shall participate in the CURFEW component of the Location Monitoring Program which shall include electronic monitoring or other remote location monitoring system. The defendant shall pay all or part of the costs of the program based upon her ability to pay as determined by the Pretrial Services Officer. You are restricted to your residence every day from 9:00pm to 6:00am or as directed by the Pretrial Services Officer.

**All other conditions of release remain in full force and effect.**

I consent to this modification of my release conditions and agree to abide by this modification.

_____  8/16/11        _____  8/16/11
(Signature of Defendant)    (Date)           Pretrial Services Officer    Date

I have reviewed the conditions and concur that this modification is appropriate.

_____                    8/18/11
Signature of Assistant United States Attorney   Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                    8/16/11
Signature of Defense Counsel                  Date

### ORDER OF THE COURT

☒ The above modification of conditions of release is ordered, to be effective on August 18, 2011.
☐ The above modification of conditions of release is *not* ordered.

_____                    8/18/11
Signature of Judicial Officer                 Date

cc:    U.S. Attorney's Office, Defense Counsel, Pretrial Services