DANIEL J. BRODERICK, Bar #89424
Federal Defender
FRANCINE ZEPEDA, Bar #91175
Assistant Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
STEPHANIE YOST

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       *Plaintiff,*<br><br>v.<br><br>STEPHANIE YOST,<br><br>       *Defendant.* | No. 1:10-cr-00090 AWI<br><br>STIPULATION AND ORDER TO CONTINUE JURY TRIAL<br><br>DATE:   January 24, 2012<br>TIME:   8:30 a.m.<br>JUDGE: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective counsel, that the jury trial in the above-captioned matter now set for October 18, 2011, **may be continued to January 24, 2012 at 8:30 a.m.**  Trial confirmation now set for October 3, 2011, **may be continued to January 9, 2012.**  The parties also agree that the deadline for defendant Yost to accept the plea offer of the government is extended until December 20, 2011, at 5:00 p.m.  A signed plea would need to be submitted to the government by that date and time.

       This continuance is at the request of counsel for defendant.  Counsel needs further time for proper preparation of the case for trial.  Counsel has experienced delays in the preparation of the case.  First, the defendant continues to suffer significant medical setbacks.  These setbacks affect her ability to participate in the preparation of her defense.[1]  Counsel has obtained voluminous bank records in this case

---

[1] Ms. Yost's medical condition has previously been discussed and counsel is willing to discuss additional details with the Court and the government if requested.

and needs additional time to review them, to consult with an expert in employment, as well as complete other ongoing investigation.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

BENJAMIN B. WAGNER
United States Attorney

DATED: September 13, 2011     By:   /s/ Mark J. McKeon
                                    MARK J. MCKEON
                                    Assistant United States Attorney
                                    Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED: September 13, 2011     By:   /s/ Francine Zepeda
                                    FRANCINE ZEPEDA
                                    Assistant Federal Defender
                                    Attorneys for Defendant
                                    STEPHANIE YOST

**O R D E R**

**IT IS SO ORDERED.**  Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

Dated:   September 14, 2011

CHIEF UNITED STATES DISTRICT JUDGE

Yost - Stipulation and Order
to Continue Jury Trial                              2