ANIEL J. BRODERICK, Bar #89424
Federal Defender
FRANCINE ZEPEDA, Bar #91175
Assistant Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
STEPHANIE YOST

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff,*<br><br>  v.<br><br>STEPHANIE YOST,<br><br>    *Defendant.* | No. 1:10-cr-00090 AWI<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING<br><br>DATE:  May 14, 2012<br>TIME:  10:00 a.m.<br>JUDGE: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective counsel, that the sentencing in the above-captioned matter now set for April 2, 2012, **may be continued to May 14, 2012 at 10:00 a.m**.

This continuance is at the request of counsel for defendant. Counsel needs further time to submit documentation for the presentence investigation report.

                                                  BENJAMIN B. WAGNER
                                                United States Attorney

DATED: February 17, 2012        By:  /s/ *Mark J. McKeon*
                                                   MARK J. MCKEON
                                                   Assistant United States Attorney
                                                   Attorney for Plaintiff

///

///

Yost - Stipulation and Proposed Order
to Continue Sentencing

|   |   |
|---|---|
|   | DANIEL J. BRODERICK |
|   | Federal Defender |
| DATED:  February 17, 2012 | By:  /s/ Francine Zepeda |
|   | FRANCINE ZEPEDA |
|   | Assistant Federal Defender |
|   | Attorneys for Defendant |
|   | STEPHANIE YOST |

**O R D E R**

IT IS SO ORDERED.

Dated:  February 17, 2012           _____
                                    CHIEF UNITED STATES DISTRICT JUDGE