DANIEL J. BRODERICK, Bar #89424
Federal Defender
FRANCINE ZEPEDA, Bar #91175
Assistant Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
STEPHANIE YOST

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> *Plaintiff,* <br><br> v. <br><br> STEPHANIE YOST, <br><br> *Defendant.* | No. 1:10-cr-00090 AWI <br><br> STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING <br><br> DATE: July 9, 2012 <br> TIME: 10:00 a.m. <br> JUDGE: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective counsel, that the formal objections in the above-captioned matter be continued to June 25, 2012 and the sentencing hearing now set for May 14, 2012, **may be continued to July 9, 2012 at 10:00 a.m**.

This continuance is at the request of counsel for defendant. Counsel is accumulating Ms. Yost's medical records necessary for sentencing and additional time to itemize the objections to loss which she has made which may obviate the need for an evidentiary hearing on loss.

///
///
///
///
///
///

|   |   |
|---|---|
|   | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: May 11, 2012 | By: /s/ *Mark J. McKeon*<br>MARK J. MCKEON<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|   |   |
|   | DANIEL J. BRODERICK<br>Federal Defender |
| DATED: May 11, 2012 | By: /s/ Francine Zepeda<br>FRANCINE ZEPEDA<br>Assistant Federal Defender<br>Attorneys for Defendant<br>STEPHANIE YOST |

**O R D E R**

IT IS SO ORDERED.

Dated: May 11, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE

Yost - Stipulation and Order to File
Formal Objections and Continue Sentencing                2