DANIEL J. BRODERICK, Bar #89424
Federal Defender
FRANCINE ZEPEDA, Bar #91175
Assistant Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
STEPHANIE YOST

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:10-cr-00090 AWI |
| *Plaintiff,* | |
| v. | STIPULATION TO CONTINUE SURRENDER DATE;  ORDER |
| STEPHANIE YOST, | |
| *Defendant.* | JUDGE:  Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the surrender date for defendant Stephanie Yost to the Bureau of Prisons to commence service of her term of incarceration in the above-referenced proceedings, which is currently scheduled for no later than 2:00 P.M. on Thursday, November 15, 2012,  may be extended to no later than 2:00 P.M. on Thursday, January 17, 2013.

This continuance of the surrender date is requested by counsel for defendant because defendant's son has on-going health issues and defendant needs additional time to attend to his health needs prior to surrendering to commence service of her term of imprisonment with the Bureau of Prisons.  Assistant United States Attorney Mark McKeon has no objection to this request.

///

///

|   |   |
|---|---|
|   | Respectfully submitted, |
|   | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED:  November 1, 2012 | /s/ Mark McKeon<br>MARK McKEON<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|   | DANIEL J. BRODERICK<br>Federal Defender |
| DATED:  November 1, 2012 | /s/  Francine Zepeda<br>FRANCINE ZEPEDA<br>Assistant Federal Defender<br>Attorney for Defendant<br>STEPHANIE YOST |

**O R D E R**

**GOOD CAUSE SHOWN**, the surrender date for Defendant Stephanie Yost to the Bureau of Prisons for commencement of service of her term of incarceration is hereby extended from November 15, 2012, to no later than 2:00 P.M. on Thursday, January 17, 2013.

IT IS SO ORDERED.

Dated:   November 1, 2012

UNITED STATES DISTRICT JUDGE